IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAINOR J. MARROQUIN, <br> MARIA C. MARROQUIN, | § <br> § | |
| Plaintiffs, | § <br> § | |
| VS. | § <br> § | CIVIL ACTION NO. H-13-3018 |
| SEBRING CAPITAL PARTNERS, *et al.*, | § <br> § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' LEAVE OF COURT
TO FILE LATE RESPONSE TO SHOW CAUSE ORDER**

The plaintiffs' Motion for Leave of Court to File Late Response to Show Cause Order is granted. (Docket Entry No. 12). The plaintiffs' response to the show cause order will be filed and considered.

SIGNED on March 31, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge