**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MAINOR J. MARROQUIN,<br>MARIA C. MARROQUIN, | §<br>§ | |
| Plaintiffs, | §<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. H-13-3018 |
| SEBRING CAPITAL PARTNERS, *et al.*, | §<br>§<br>§ | |
| Defendants. | § | |

**ORDER ON SHOW CAUSE ORDER**

The court has considered plaintiffs' counsel's response to the show cause order. The case will remain on the docket. A pretrial conference is set for **April 4, 2014**, at 8:30 a.m. in Courtroom 11-B. All counsel must be present.

SIGNED on March 31, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge