IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAINOR J. MARROQUIN and<br>MARIA C. MARROQUIN, | §<br>§ | |
| Plaintiffs, | §<br>§ | |
| VS. | § | CIVIL ACTION NO. H-13-3018 |
| SPRING CAPITAL PARTNERS, LP, *et al.*, | §<br>§<br>§ | |
| Defendants. | §<br>§ | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Order of even date, this action is dismissed with prejudice.

SIGNED on September 19, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge